IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TUSKEGEE NORTH ADVOCACY GROUP : CIVIL ACTION
:
v. :
:
CENTERS FOR DISEASE CONTROL AND :
PREVENTION, et al. : NO. 09-5011

ORDER

AND NOW, this 19th day of April, 2010, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff to vacate all prior dismissals is DENIED; and

(2) the motion of plaintiff for recusal and appointment of a master is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.