IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TUSKEGEE NORTH ADVOCACY GROUP   :        CIVIL ACTION
                                :
           v.                   :
                                :
CENTERS FOR DISEASE CONTROL AND :
PREVENTION, et al.              :        NO. 09-5011


ORDER

        AND NOW, this 20th day of May, 2010, for the reasons
set forth in the foregoing Memorandum, it is hereby ORDERED that:

        (1)  the motion of defendant City of Philadelphia
Department of Public Health to dismiss the complaint is GRANTED;
and

        (2)  the motion of plaintiff "to strike defendant City
of Philadelphia's motion to dismiss and to reconsider and/or
reopen all prior dismissal/denial orders pursuant to F.R.C.P.
59(e) and to answer plaintiff's (3/22/10) request for the
appointment of class counsel pursuant to F.R.C.P. 23(g)(2)(A)" is
DENIED.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                    C.J.